UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re: Chapter 7

Victoria Lynn Maier, Case No. 10-50538 - GFK
          Debtor.

_____

**O R D E R**
_____

      This case came before the Court on the Motion of Security State Bank of Howard Lake seeking relief from the stay of actions imposed by 11 U.S.C. §362. Based upon all of the files and records herein,

      IT IS HEREBY ORDERED that Movant, its assigns and/or successors in interest, is granted relief, from the stay of actions imposed by 11 U.S.C. § 362 with regard to the mortgages pertaining to the properties described below:

      (1) **Homestead Property** located at 4291 25th Street NE, Sauk Rapids, MN, 56379, Parcel ID No. 09.00217.00, legally described as follows:

      The Southeast Quarter of the Southeast Quarter (SE¼ of SE¼) of Section Sixteen (16), Township Thirty-Six (36) North, Range Thirty (30) West, in Benton County, Minnesota, LESS AND EXCEPT the North 330.0 feet thereof.

      This property was scheduled with a value of $211,000.00. There is a first mortgage against this property to Citibank in the amount of $188,366.00, and a second mortgage to Security State Bank of Howard Lake, dated 4/04/2007, Loan No. 52059, with a payoff in the amount of $246,680.00 as of the date of filing. See Exhibit #1.

      (2) **Non-Homestead Property** located at 16959 - 57th Street, Becker, MN, 55308, Parcel ID No. 45-034-2110, legally described as follows:

      The East one-half of the East one-half (E½ of E½) of the Northeast Quarter of the Northwest Quarter (NE¼ of NW ¼), Section Thirty Four (34), Township Thirty Five (35), Range Twenty Eight (28), being ten (10) acres more or less, being in Sherburne

County, Minnesota.

This property was scheduled with a value of $189,000.00. There is a first mortgage to Security State Bank of Howard Lake against this property dated 4/04/2007, Loan No. 52118, with a payoff in the amount of $246,680.00 as of the date of filing

and may continue to enforce the rights and remedies in accordance with Minnesota law.

Notwithstanding Fed. R. Bankr. P. 4001(a)(3), this Order is effective immediately.

Dated: September 9, 2010

*/e/ Gregory F. Kishel*

Gregory F. Kishel
United States Bankruptcy Court Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *09/09/2010*
Lori Vosejpka, Clerk, by AMM